IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LARRY B. DANIELS,<br><br>Petitioner,<br><br>vs.<br><br>LEROY KIRKEGARD; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br>Respondents. | CV 13-21-BLG-SEH<br><br>**ORDER** |

On December 15, 2014, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Petitioner did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Doc. 15.

ORDERED:

1. The petition[2] is DENIED.

2. The Clerk of Court is directed to enter judgment in favor of Respondents.

3. A certificate of appealability is DENIED. Any appeal would be taken in bad faith as there are no open questions with regard to claims presented and nothing presented upon which a reasonable jurist could disagree.

DATED this 22nd day of January, 2015.

SAM E. HADDON
United States District Judge

---

[2] Doc. 1.